George H. Brunt, CA Bar No. 223457
GeorgeB@leehayes.com
LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, WA  99201
Phone: (509) 324-9256
Fax: (509) 323-8979

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| VERO SOFTWARE INC., an Alabama corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>AERODYNE PRECISION MACHINING, INC., a California corporation; JASON KRISPEL, an individual; MICHAEL STERGER, an individual; and JOHN DOES 1-10,<br><br>             Defendants. | No. 8:19-cv-01734<br><br>**PLAINTIFF'S L.R. 7.1-1 NOTICE OF INTERESTED PERSONS AND F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Local Rule 7.1-1 and Fed. R. Civ. P. 7.1, Plaintiff Vero Software Inc. files this combined Certificate of Interested Parties and Corporate Disclosure Statement.

1. For nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

   **Vero Software Inc. is a wholly owned subsidiary of Hexagon Holdings**

**Inc., which is a wholly owned subsidiary of Hexagon Metrology AB, which is a wholly owned subsidiary of <u>Hexagon AB,</u> a publicly traded company in Sweden.**

**No publicly held corporation owns 10% or more of its stock.**

2. All persons, associations of persons, firms, partnerships, and corporations (including parent corporations, clearly identified as such) that may have a pecuniary interest in the outcome of the case, including any insurance carrier that may be liable in whole or in part (directly or indirectly) for a judgment in the action or for the cost of defense. interested in the outcome of this litigation.

**Vero Software Inc. and each of its parent corporations, namely, Hexagon Holdings Inc.; Hexagon Metrology AB; Hexagon AB.**

Respectfully submitted this 11th day of September, 2019.

By: /s/ George H. Brunt
George H. Brunt, CA Bar No. 223457
GeorgeB@leehayes.com
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256

*Attorney for Plaintiff*