George H. Brunt, CA Bar No. 223457
GeorgeB@leehayes.com
LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, WA  99201
Phone: (509) 324-9256
Fax: (509) 323-8979

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| VERO SOFTWARE INC., an Alabama corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AERODYNE PRECISION MACHINING, INC., a California corporation; JASON KRISPEL, an individual; MICHAEL STERGER, an individual; and JOHN DOES 1-10,<br><br>    Defendants. | No. 8:19-cv-01734-JVS-ADS<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

   Plaintiff Vero Software Inc. notifies the Court that Plaintiff and Defendants Aerodyne Precision Machining, Inc., Jason Krispel, and Michael Sterger (collectively, the "Parties") have reached a settlement. Defendants have been served with the Summons and Complaint, but have not filed an answer or entered an appearance in this action.

   Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and in accordance with the settlement agreement, Plaintiff voluntarily dismisses its claims

PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL - 1

1  asserted against Defendants Aerodyne Precision Machining, Inc., Jason Krispel, and
2  Michael Sterger with prejudice. The Parties shall each be responsible for their own
3  attorneys' fees, costs, and expenses.

   Respectfully submitted this 1st day of October, 2019.

   By: /s/ George H. Brunt
   George H. Brunt, CA Bar No. 223457
   GeorgeB@leehayes.com
   LEE & HAYES, P.C.
   601 W. Riverside Ave. Suite 1400
   Spokane, Washington 99201
   Telephone: (509) 324-9256

   *Attorney for Plaintiff*

PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL - 2

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2019, I caused the foregoing to be served on Defendants via email to Jason@AerodynePecision.com and via First Class US Mail by mailing a copy to the following:

Aerodyne Precision Machining, Inc.
c/o Raymond Krispel, its Registered Agent
5471 Argosy Avenue
Huntington Beach, CA 92649

Jason Krispel
General Manager
Aerodyne Precision Machining, Inc.
5471 Argosy Avenue
Huntington Beach, CA 92649

Michael Sterger
Aerodyne Precision Machining, Inc.
5471 Argosy Avenue
Huntington Beach, CA 92649

By: /s/ George H. Brunt
George H. Brunt, CA Bar No. 223457
GeorgeB@leehayes.com
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256

*Attorney for Plaintiff*